Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

George C. Moore Jr.
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

Birmingham Board of Education
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. ____ CV-17-JHE-0408-S
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: George C. Moore Jr.
   Street Address: 1817-7th St. N.W.
   City and County: Birmingham, Jefferson
   State and Zip Code: Alabama 35215
   Telephone Number: 205-815-2826
   E-mail Address: gdmoore1913@hotmail.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

_____     _____
**Date**                                **Participant Signature**

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Dr. Craig Witherspoon
- Job or Title *(if known)*: Superintendent
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Dr. Larry Contri
- Job or Title *(if known)*: Interim Superintendent
- Street Address: 2015 Park Place North
- City and County: Birmingham, Jefferson
- State and Zip Code: Alabama, 35203
- Telephone Number: 205 231 4600
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Board of Education
- Job or Title *(if known)*: Board Members
- Street Address: 2015 Park Place North
- City and County: Birmingham, Jefferson
- State and Zip Code: Alabama, 35203
- Telephone Number: 205 231 4600
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Birmingham Board of Education |
| Street Address | 2015 Park Place North |
| City and County | Birmingham, Jefferson |
| State and Zip Code | Alabama, 35203 |
| Telephone Number | 205 231 4600 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

| ☐ | Relevant state law *(specify, if known)*: |
|---|---|
| ☐ | Relevant city or county law *(specify, if known)*: |

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☐ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

2013, 2014 - 2015 & 2016

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race
- ☐ color
- ☑ gender/sex
- ☐ religion
- ☐ national origin
- ☑ age *(year of birth)* 1943 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Attachment,

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

8/31/15     Attachment

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 12-16-2016

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Attachment

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/15/207

Signature of Plaintiff: George Moore

Printed Name of Plaintiff: George Moore

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.   For Attorneys**

Date of signing: _____

Signature of Attorney            _____
Printed Name of Attorney         _____
Bar Number                       _____
Name of Law Firm                 _____
Street Address                   _____
State and Zip Code               _____
Telephone Number                 _____
E-mail Address                   _____

Relief
Pg 6

Because I was not given the opportunity to continue Athletic Duties after the RIF of 2012 as did Sheri Huff.

This action prevented me from being in a position to continue the duties and align myself as the former Athletic Director for the position of Assistant Athletic Director And Later Athletic Director which came open in 2017.

Pay difference was about #$25,000.00 which affected my Retirement and Vacation Compensation.

The action of the BBOE in regards to Issues relative the Athletic Dept. Was a Career Ending Move for me For which I would have worked at least 3 to 4 years.

Value Amount #$100,000.00

George Moore

*Answer to Statement E, pg 5*

November 8, 2015

To: Michelle Harris

From: George Moore

RE: Recap of supporting evidence

Ms. Harris,

The following is an account of the unfair and discriminatory advantage given Sheri Huff regarding the Assistant Athletic Director's position:

- July, 2012-Reduction in force (RIF): George Moore was Director of Physical Education and Athletics. Sheri Huff was a Program Specialist of Physical Education and Athletics.
- The effects: The Athletic Department was eliminated and George Moore was moved to Program Specialist of Physical Education (only physical education). Sheri Huff was moved to a classroom teacher assigned to Wilkerson Middle School.
- George Moore assumed duties as Program Specialist, Sheri Huff reported to Wilkerson Middle School as a P.E. teacher, but left her board approved assignment @ 11:00a.m. to report to an office at the Powell Building to continue athletic responsibilities given to her by Dr. Larry Contri and the Superintendent (Dr. Craig Witherspoon).
- Sheri Huff continued that practice for the remainder of the 2012-2013 school year.
- The next year, 2013-2014, Sheri Huff was assigned to Jones Valley Middle School where she continued the practice of reporting at 8:00a.m., but leaving at 11:00a.m. to report to the office at the Powell Building to continue athletic duties.
- 2014-2015 school year, even though Sheri Huff was board approved to report to Jones Valley as a P.E. teacher, Sheri Huff never reported.
- According to Billy Culver, a P.E. teacher now at Jones Valley was sent there by Sheri Huff while she reported to the Board Building to continue athletic duties.

It is my contention, that Sheri Huff was given an unfair advantage and allowed to continue working in the Athletic Department even though assigned otherwise and set-up to assume a created position as Assistant Athletic Director.

I was Athletic Director and Sheri Huff worked under me. I was never given the opportunity to continue working in the department for which I was better qualified.



It came to my attention by Mr. James Jones, the district's Athletic Trainer when he asked Sherri Huff about the position of Assistant Athletic Director and her reply was the position was created for her.

James Jones # 914-9675.

This is the most resent information.

Thank you,

George Moore

Statement Pg 5

February 23, 2016

Ms. Harris,

As I look back at all of the developments related to giving Sheri Huff an unfair and discriminatory advantage, it is unreasonable to think that I would not have been given the same opportunity as she was.

Sheri Huff was rolled back to a classroom teacher's position. I was rolled back to a Program Specialist position which previously included athletic duties, but to give her this advantage further puts in motion this conspired scheme.

The district took her out a classroom at mid-day rather than have me carry out the Program Specialist duties which included athletics. It is very clear that she was chosen over me and given this unfair and discriminatory advantage due to her race and age. I was more qualified and had served as Athletic Director.

As this plan was orchestrated, the district failed to honor its previous assignment for Program Specialist in Physical Education. The district wanted to place Huff in a position to receive a job which she now holds (Assistant Athletic Director).

Ms. Harris, it may not matter at this point, but I don't think Huff applied for the A.D. position (you may want to check).

I have been informed that Huff received additional pay for intramural a position that was not advertised but given to her due to her race.

F.Y.I.

I was better qualified for A.D. than Johnson, but for discriminatory reasons, the job was given to him over me. This was the district's plan and it is also clear that the position of Assistant A.D. had nothing to do with who was better qualified, as with Johnson, the district had predetermined that the position was to be given to Huff regardless of any other factor.

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | George C. Moore, Jr.<br>1817 7th Street N W<br>Birmingham, AL 35215 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2015-01773 | Michele R. Harris,<br>Investigator | (205) 212-2071 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Delner Franklin-Thomas,
District Director

12/14/2016
(Date Mailed)

Enclosures(s)

cc:
**BIRMINGHAM BOARD OF EDUCATION**
c/o Ashaunti Parker, Paralegal
P.O. Box 10007
Birmingham, AL 35202

EEOC Form 5 (11-09)

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2015-01773 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. George Moore, Jr | (205) 815-2826 | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| 1817 7th Street NW, Birmingham, AL 35215 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Birmingham Board of Education | 500 or More | (205)231-4600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2015 Park Place North, Birmingham, AL 352-3 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-29-2013   Latest: 11-18-2013

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 72 year old Black, male. I am employed by the above named employer. I previously filed a charge of discrimination against my employer. I previously held the position of Athletic Director, but was demoted due to an organizational change. My current position is Program Specialist. My subordinate, Sherri Huff, was also demoted to a teaching position; however, she never worked in that capacity. Ms. Huff, is a White, female, who is over 20 years younger than I am. Despite being qualified for the position of Athletic Director, my employer hired a younger, less qualified person than me. My employer advertised a vacant Assistant Athletic Director's position, which I applied. After not hearing from my employer regarding my application, I contacted the Human Resource Director, Amanda Cross about my application; she stated it had not been received. However, I printed off the completed application after completing the application process. I was informed on July 21, 2015, that Sherri Huff, had been placed in the position and was paid more than the advertised pay.

I believe that I have been discriminated against on the basis of age, 72, in violation of the Age Discrimination in Employment Act. I also believe that I have been discriminated against on the basis of race, Black, sex, male and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8/31/15        [signature]<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

P1

Statement E
Pg 5

Sheri Huff, was Given an unfair Advantage, Preferential Treatment and allowed to deviate from Her assigned Position to gain an unequal and discriminatory Advantage over me in Seeking the Position of Assistant Athletic Director

I further contend that the Job was Advertised at one pay Schedule but Approved at a Higher amount, this in it self was a deception

I Further contend that Sheri Huff name was Placed on Communicator

P2

to coaches etc. before the position was advertised Huff was unfairly preselected as I was not given equal opportunity in seeking the position.
*(Enclosure Dated 4/9/2015)*

I further contend that it was discriminatory and unfair for me to comply as others to the (RIF) and Huff given a pass, she was allowed to report to a school but left each day at 11:00 to assume Athletic Duties in an office provided by

P3

the Superintendent (Witherspoon) Because I was former Athletic Director and held the position Previously as Program Specialist P.E./Athletics I should have been given this Position, I contend She was selected because She was a white female and younger than I.

I further contend that my certification was 6-12 but given K-12 assignment

Huff certification was K-12 but NO K-12 Assignment

pg

...this further shows bias and unfair treatment.

I further contend that Huff did not have a position to roll back to as the RIF required Prior to Program Specialist She did not work for the district this was also unfair and discriminatory

George C Moore Jr.

Birmingham City Schools
Certified RIF Staffing Plan (July 2012)

Addendum A Certified

| | Employee Name | From | To | Effective Date | Current Salary | New Salary * | Remarks |
|---|---|---|---|---|---|---|---|
| C-12476 | FUNDERBURG, CRAIG SLATON | PSYCHOMETRIST PSYCH-DAVIS CTR | COUNSELOR (N-6) SUN VALLEY ELEMENTARY SCHOOL | 7/30/2012 | $81,188.00 | $63,014.00 | RESULT OF R.I.F. |
| C-12380 | GILL, WASHUNDA C | ASSISTANT PRINCIPAL (7-12) WOODLAWN HIGH SCHOOL | ENGLISH TEACHER CARVER HIGH SCHOOL | 7/30/2012 | $63,200.00 | $53,543.00 | RESULT OF R.I.F. |
| C-12071 | GRAY, SARALYN D | CONSULTING TEACHER FEDERAL PROGRAMS ADMIN | PRE-KINDERGARTEN TEACHER HUFFMAN ACADEMY | 7/30/2012 | $64,046.00 | $58,776.00 | RESULT OF R.I.F. |
| C-12085 | HAMMONDS, CARLOS ANDRE | ASSISTANT PRINCIPAL (7-12) HUFFMAN HIGH SCHOOL | MATH TEACHER BUSH HILLS ACADEMY | 7/30/2012 | $67,653.00 | $57,706.00 | RESULT OF R.I.F. |
| C-12074 | HARRELL, SANDRA COOPER | DIRECTOR OF READING/LANG.ARTS READING 6-12 | PROGRAM SPECIALIST MIDDLE/K-8 SCHOOL INSTRUCTION | 7/30/2012 | $93,414.00 | $86,696.00 | READING PROGRAM SPECIALIST/MIDDLE & K-8 INSTRUCTION RESULT OF R.I.F. |
| C-12478 | HARVILLE, GLORIA M | COUNSELING PROGRAM SPECIALIST (N-12) | PSYCHOMETRIST PSYCH-DAVIS CTR | 7/30/2012 | $81,789.00 | $76,759.00 | RESULT OF R.I.F. |
| C-12589 | *HORN, SPENCER | DIRECTOR OF SCIENCE/INTERIM DIRECTOR OF CAREER ACADEMIES | PRINCIPAL SCHOOL SITE TBD | 7/30/2012 | $92,086.00 | SALARY TBD BASED ON PLACEMENT | RESULT OF R.I.F. |
| C-12077 | HUFF, SHERRY | REGULAR SUPERVISOR /PROGRAM SPECIALIST ATHLETIC DEPARTMENT | PE/HEALTH TEACHER WILKERSON MIDDLE SCHOOL | 7/30/2012 | $86,696.00 | $61,944.00 | RESULT OF R.I.F. |
| C-12379 | KEY, RANDLE L JR | ASSISTANT PRINCIPAL (7-12) PARKER HIGH SCHOOL | ENGLISH TEACHER 9-12 CARVER HIGH SCHOOL | 7/30/2012 | $88,539.00 | $58,776.00 | RESULT OF R.I.F. |
| C-12459 | KIMES, BEVERLY K | COORDINATOR/DIRECTOR DEPARTMENT OF MATHEMATICS | MATH TEACHER RAMSAY ALTERNATIVE HIGH SCHOOL | 7/30/2012 | $95,063.00 | $58,776.00 | RESULT OF R.I.F. |
| C-12443 | LAWRENCE, SARAH KNIGHT | COUNSELOR (N-12) CAREER AND TECHNICAL EDUCATION | SPECIAL ED COLLABORATIVE CARVER HIGH SCHOOL | 7/30/2012 | $61,856.00 | $47,459.00 | RESULT OF R.I.F. |
| C-12086 | LOVE, JENNIFER LaVELL | ASSISTANT PRINCIPAL (7-12) PARKER HIGH SCHOOL | SCIENCE TEACHER INGLENOOK K-8 SCHOOL | 7/30/2012 | $66,061.00 | $57,706.00 | RESULT OF R.I.F. |
| C-12067 | LYAS, MARIA YVETTE | PROGRAM SPECIALIST SPECIAL EDUCATION | SPECIAL ED COLLABORATIVE CARVER HIGH SCHOOL | 7/30/2012 | $72,781.00 | $57,706.00 | RESULT OF R.I.F. |
| C-12072 | MARTIN, DIMPLE JENNELL | DIRECTOR OF READING/LANG.ARTS READING K-5 | PROGRAM SPECIALIST ELEMENTARY SCHOOL INSTRUCTION | 7/30/2012 | $93,414.00 | $86,696.00 | READING PROGRAM SPECIALIST/ELEMENTARY INSTRUCTION RESULT OF R.I.F. |
| C-12078 | MOORE, GEORGE | COORDINATOR/DIRECTOR ATHLETIC DEPARTMENT | PROGRAM SPECIALIST PHYSICAL EDUCATION | 7/30/2012 | $82,892.00 | $76,416.00 | K-12 PHYSICAL EDUCATION PROGRAM SPECIALIST RESULT OF R.I.F. |
| C-12145 | NEWTON, VANETTA R | COORDINATOR/DIRECTOR INSTRUCTION | FOURTH GRADE TEACHER GLEN IRIS ELEMENTARY | 7/30/2012 | $76,074.00 | $58,776.00 | RESULT OF R.I.F. |
| C-12482 | NOLEN, GENITA LASHAWN | CURRICULUM ASSIST. PRINCIPAL WENONAH HIGH SCHOOL | MATH TEACHER RAMSAY ALTERNATIVE HIGH SCHOOL | 7/30/2012 | $62,668.00 | $53,543.00 | RESULT OF R.I.F. |

PLEASE NOTE: Any salary adjustments reflected in this document will not become effective until the expiration of one year from approval.

Page 4 of

| Name & Position | Contact Info |
|---|---|
| Alfonso "Buck" Johnson<br>Director - Athletics | Email Mr. Johnson |
| Sherri Huff, Ed.D.<br>Program Specialist<br>Physical Education - Athletics | Email Dr. Huff |
| Kyla Atkins<br>Secretary to Director of Athletics | Email Mrs. Atkins |

on this document Sheri Huff name Appear as part of the Athletic Staff Before the Job was Advertised