# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GEORGE C. MOORE, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-00408-JHE |
| BIRMINGHAM BOARD OF EDUCATION, | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

A notice of dismissal having been filed as to the claims against defendants Dr. Craig Witherspoon and Dr. Larry Contri, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED without prejudice**, as to defendants Dr. Witherspoon and Dr. Contri, costs to be taxed as paid.

DONE this 10th day of October, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE